**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**James PITTS, Petitioner**

No. 70 EAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.